IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SALLY DUNHAM,

    Plaintiff,

v.

WAL-MART STORES, INC., d/b/a
WAL-MART,

    Defendant,.                                           No. 3:11-cv-186-DRH

**ORDER**

**HERNDON, Chief Judge:**

    Before the Court is a joint stipulation for dismissal (Doc. 35) signed by all parties who have appeared, dismissing the case with prejudice, each party to bear its own costs. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court acknowledges the dismissal and the case is dismissed with prejudice, each party to bear its costs. The Court will close the file.

    **IT IS SO ORDERED.**

    Signed this 23rd day of January, 2012.

David R. Herndon
2012.01.23
15:09:06 -06'00'

**Chief Judge**
**United States District Court**