IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SALLY DUNHAM,

    Plaintiff,

    -vs-

WAL-MART STORES, INC., d/b/a
WAL-MART,

    Defendant.                        NO. 11-CV-186-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on joint stipulation for dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 23, 2012, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                           BY:      /s/*Sandy Pannier*
                                         **Deputy Clerk**

Dated: January 25, 2012

David R. Herndon
2012.01.25
11:46:53 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT